UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MATTHIAS HADDOCK,<br><br>　　　　　Defendant. | Case No. 3:12-cr-00112-LRH-VPC<br><br>**ORDER GRANTING JOINT MOTION TO BIFURCATE SENTENCING HEARING** |

Having reviewed the Parties' Joint Motion to Bifurcate the Sentencing Hearing, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing of Defendant Matthias Haddock shall be bifurcated into two phases. In phase one, the Court will consider the sole issue of whether or not Defendant's prior conviction under Oregon law is a qualifying predicate conviction to trigger the increased mandatory minimum sentence required by 18 U.S.C. § 2252A(b)(1). The first hearing shall take place on Monday, October 21, 2013 at 11:00 a.m.

IT IS FURTHER ORDERED that the second phase of the sentencing will address the balance of all sentencing issues raised by the parties, the Pre-Sentence Report, and the factors contained in 18 U.S.C. § 3553(a). The second hearing shall take place on a date and time to be determined by the Court at the conclusion of the first hearing related to phase one.

DATED: <u>October 17, 2013</u>

_____
UNITED STATES DISTRICT JUDGE

5